```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:19-00244

TERRINDEZ XSIDRICK BRYANT

## MEMORANDUM OPINION AND ORDER

Pending before the court is a motion for leave to withdraw as counsel filed by attorney J. Miles Morgan, (ECF No. 29), together with defendant's "Motion to Recuse Counsel," in which defendant asks the court to appoint new counsel (ECF No. 30).

The court held a hearing on these motions on February 8, 2021. At the hearing, both Mr. Morgan and defendant explained that communication between them had broken down to the point where they are unable to work together to prepare an adequate defense. Defendant stated that he was not asking for new counsel as a delay tactic and represented to the court that he would do his best to establish a good working relationship with whomever the court may appoint. The court found that although trial in this matter is scheduled to be held relatively soon, the motion was not untimely. Also, the government did not object to the appointment of new counsel.

For good cause shown, the motion to withdraw as defense counsel is **GRANTED**. Having consulted with the CJA Supervising

Attorney, the Office of the Federal Public Defender is hereby **APPOINTED** to represent defendant. Defendant's Motion to Recuse Counsel is hereby **DENIED** as moot.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the Office of the Federal Public Defender for the Southern District of West Virginia, the CJA Supervising Attorney, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 16th day of February, 2021.

ENTER:

David A. Faber
Senior United States District Judge